# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40719
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CAROLYN BOEHM-MCCAULEY,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:12-CR-14

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Carolyn Boehm-McCauley has moved for leave to withdraw and has filed a brief and supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Boehm-McCauley has filed a response and a supplemental response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Boehm-McCauley's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responses.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Any substantive challenge to the district court's failure to orally pronounce a special condition of supervised release is barred by the valid appeal waiver in this case, and we discern no clerical error.  *See United States v. Higgins*, 739 F.3d 733 (5th Cir. 2014); *see also United States v. Slanina*, 359 F.3d 356, 357-58 (5th Cir. 2004).

Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.